**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Anthony LaPanta and Margo LaPanta, | Civil No. 07-2281 (RHK/JSM) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| vs. | |
| Toyota Motor Credit Corporation and CSC Credit Services, Inc., | |
| Defendants. | |

---

Based on the Stipulation between Plaintiffs and CSC Credit Services, Inc., and all the other files, records, and proceedings herein, **IT IS ORDERED** that Plaintiffs' claims against CSC Credit Services, Inc., are hereby **DISMISSED WITH PREJUDICE** in their entirety and on the merits.  Plaintiffs and CSC shall each bear their own costs and attorneys' fees.

Dated: May 28, 2008
                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge