# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony LaPanta and Margo LaPanta, | Civil No. 07-2281 (RHK/JSM) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Toyota Motor Credit Corporation and CSC Credit Services, Inc., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 16), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on its merits, without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 30, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge